UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ISABEL M. LOPERA, on behalf of herself and all others similarly situated,

Plaintiff,

v.

THE RECEIVABLE MANAGEMENT SERVICES CORP.,

Defendant.

Civil Action No. 1:12-cv-09649

**PLAINTIFF'S AGREED MOTION TO DISBURSE TO CY PRES**

Plaintiff, Isabel M. Lopera, individually and as representative of a Class of similarly situated persons, by Class Counsel, respectfully submits the following motion to disburse $1,375 from the funds from eleven uncashed checks to the agreed upon *cy pres* as provided in the Class Action Settlement Agreement ("Agreement"). In support thereof, Plaintiff states:

1. On December 4, 2014, this Court granted final approval to the class settlement. ECF 115. Thereafter, and pursuant to the Court's order, checks in the amount of $125 were mailed to each class member who submitted a valid claim.

2. Subsequently, and although the Settlement Administrator sent reminders of the deadline to cash the checks, eleven checks remained uncashed after the void date for these checks. *See* Declaration of Eric Robin of Kurtzman Carson Consultants LLC, attached hereto as *Exhibit 1*.

3. The Agreement provides that, subject to this Court's approval, any funds remaining from uncashed checks must be disbursed to an organization that will only use the to provide education to consumers concerning debt collection or telecommunication privacy laws,

since the class' claims were for debt collection calls that Plaintiff alleged violated the Telephone Consumer Protection Act.

4. The parties have agreed upon the Chicago Bar Foundation ("CBF") as the *cy pres* recipient. Because the CBF funds many of the help desks in the courts, they are well suited to provide education to consumers concerning debt collection or telecommunication privacy laws, which coincide with the class' interests. *See Hughes v. Kore of Ind. Enter.*, 731 F.3d 672 (7th Cir. 2013)(Discussing the benefits of cy pres and the need to pick a charity "whose mission coincided with, or at least overlapped, the interest of the class (such as a foundation concerned with consumer protection) would amplify the effect of the modest damages in protecting consumers.")

5. As noted above, Defendant has agreed to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order approving the *cy pres* distribution in the amount of $1,375 to the Chicago Bar Foundation.

Respectfully submitted;

/s/ Keith J. Keogh

Keith J. Keogh
Timothy J. Sostrin
Katherine M. Bowen
Keogh Law, Ltd.
55 W. Monroe, Suite 3390
Chicago, Illinois 60603
312.726.1092 (office)
312.726.1093 (fax)
Keith@KeoghLaw.com

Matthew W. Kiverts
Law Offices of Matthew W. Kiverts
27 North Wacker Drive, Suite 401
Chicago, Illinois 60606
312.632.1017 (office)

866.596.2210 (fax)
mkiverts@kivertslaw.com

*Attorneys for Plaintiff Isabel Lopera*