# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ISABEL M. LOPERA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE RECEIVABLE MANAGEMENT SERVICES CORP.,<br><br>Defendant. | Civil Action No. 1:12-cv-09649<br><br>**DECLARATION OF ERIC ROBIN RE: PROOF OF PAYMENTS MADE TO CLAIMANTS** |

I, **ERIC ROBIN**, declare:

1. I am a Consultant at Kurtzman Carson Consultants LLC ("KCC"), located at 75 Rowland Way, Suite 250, Novato, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. This declaration supplements the declaration I executed on November 25, 2014, and provides proof of payment of the settlement awards to the claimants.

2. On February 19, 2015, KCC issued and mailed settlement award checks and check transmittal letters to the claimants with approved claims.

3. The void date on each of the settlement award checks was May 20, 2015.

4. On April 20, 2015, KCC issued a reminder notice for the void date and for the claimants to cash their checks.

5. As of June 24, 2015, 11 checks are still outstanding for a total amount of $1,375.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 25th day of June 2015, at Novato, California.

Eric Robin