**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ISABEL M. LOPERA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE RECEIVABLE MANAGEMENT SERVICES CORP.,<br><br>Defendant. | No. 12-cv-09649<br><br>Judge Andrea R. Wood |

This matter having come before the Court on Plaintiff's Agreed Motion to Disburse to *Cy Pres* [116], due notice having been given, the Court being fully advised in the premises, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. Plaintiff's Agreed Motion to Disburse to *Cy Pres* [116] is granted.

2. The Settlement Administrator is hereby authorized and directed to make a *cy pres* distribution in the amount of $1,375 to the Chicago Bar Foundation.

Dated: June 29, 2014

Andrea R. Wood
United States District Judge